PATRICK H. HICKS, ESQ., Bar No. 004632
EMIL S. KIM, ESQ., Bar No. 14894
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, Nevada 89169.5937
Telephone:  702.862.8800
Fax No.:  702.862.8811
Email: phicks@littler.com
        ekim@littler.com

*Attorneys for Defendant*
HARRAH'S LAS VEGAS, LLC dba
HARRAH'S CASINO HOTEL, LAS VEGAS

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DELMY MONTANO,<br><br>    Plaintiff,<br><br>v.<br><br>HARRAH'S LAS VEGAS, LLC. DBA HARRAH'S CASINO HOTEL, LAS VEGAS, a Nevada corporation; AN DOES 1-50, inclusive,<br><br>    Defendants. | Case No. 2:21-cv-01856-JCM-NJK<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT TO FILE RESPONSIVE PLEADING**<br><br>**[FIRST REQUEST]** |

Pursuant to LR IA 6-1 and LR 7-1, Plaintiff DELMY MONTANO ("Plaintiff") and Defendant HARRAH'S LAS VEGAS, LLC dba HARRAH'S CASINO HOTEL, LAS VEGAS ("Defendant"), by and through their undersigned counsel, hereby agree and stipulate to extend the time for Defendant to file a responsive pleading from the current deadline of November 2, 2021, up to and including **December 1, 2021**.

Such extension is necessary in light of the fact that Defendant's counsel was only recently retained. The additional time will allow defense counsel to continue to investigate the allegations in the Complaint and prepare a sufficient responsive pleading.

/ / /

This is the first request for an extension of time to respond to the Complaint. This request is made in good faith and not for the purpose of delay.

Dated: October 26, 2019

Respectfully submitted,

/s/ Theresa M. Santos
DANIEL R. WATKINS, ESQ.
THERESA M. SANTOS, ESQ.
WATKINS & LETOFSKY, LLP

*Attorneys for Plaintiff*
DELMY MONTANO

Dated: October 26, 2019

Respectfully submitted,

/s/ Emil S. Kim
PATRICK H. HICKS, ESQ.
EMIL S. KIM, ESQ.

*Attorneys for Defendant*
HARRAH'S LAS VEGAS, LLC dba
HARRAH'S CASINO HOTEL, LAS VEGAS

**IT IS SO ORDERED.**

Dated: October 27, 2021

_____
UNITED STATES MAGISTRATE JUDGE

4884-1969-1265.1 / 083558-1000

LITTLER MENDELSON P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169.5937
702.862.8800

2