PATRICK H. HICKS, ESQ., Bar No. 004632
EMIL S. KIM, ESQ., Bar No. 14894
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, Nevada 89169.5937
Telephone:   702.862.8800
Fax No.:       702.862.8811
Email: phicks@littler.com
           ekim@littler.com

*Attorneys for Defendant*
HARRAH'S LAS VEGAS, LLC dba
HARRAH'S CASINO HOTEL, LAS VEGAS

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DELMY MONTANO,<br><br>　　　　Plaintiff,<br><br>v.<br><br>HARRAH'S LAS VEGAS, LLC. DBA HARRAH'S CASINO HOTEL, LAS VEGAS, a Nevada corporation; AN DOES 1-50, inclusive,<br><br>　　　　Defendants. | Case No. 2:21-cv-01856-JCM-NJK<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

Plaintiff DELMY MONTANO ("Plaintiff") and Defendant HARRAH'S LAS VEGAS LLC dba HARRAH'S CASINO HOTEL, LAS VEGAS ("Harrah's") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate and respectfully request an order dismissing all of Plaintiff's claims against Harrah's with prejudice.

The Parties agree that no party to this stipulation shall be deemed to be a prevailing party in this action and that no party will file for an award of attorneys' fees or costs pursuant to any rule, statute, or law, whether local, state, or federal, in any forum that would be available for the claims dismissed by this stipulation.

///

Each party shall bear its own costs and fees for the claims dismissed by this Stipulation and Order.

DATED this 7th day of March, 2022.

**WATKINS & LETOFSKY, LLP**

/s/ Theresa M. Santos
DANIEL R. WATKINS, ESQ. (#11881)
THERESA M. SANTOS, ESQ. (#9448)
8935 S. Pecos Rd., Ste. 22A
Henderson, NV 89074
Telephone: (702) 974-1297

*Attorneys for Plaintiff DELMY MONTANO*

DATED this 7th day of March, 2022.

**LITTLER MENDELSON P.C.**

/s/ Emil S. Kim
PATRICK H. HICKS, ESQ. (#4632)
EMIL S. KIM, ESQ. (#14894)
3960 Howard Hughes Pkwy #300
Las Vegas, NV 89169
Telephone: (702) 862-8800

*Attorneys for Defendant HARRAH'S LAS VEGAS, LLC dba HARRAH'S CASINO HOTEL, LAS VEGAS*

**IT IS SO ORDERED.**

DATED this ___ day March, 2022

_____
DISTRICT COURT JUDGE

4887-7222-8114.2 / 083558-1254

2